IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ROSE MARIE WATKINS, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:15-cv-90-CAR-MSH |
| | : Social Security Appeal |
| CAROLYN COLVIN, | : |
| Commissioner of Social Security, | : |
| Defendant. | : |

## ORDER

Pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand (ECF No. 12), this Court reverses the Commissioner's decision and remands this action for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991). Upon remand, the Appeals Council will set aside its dismissal dated July 10, 2015 and reconsider the claimant's Request for Review in accordance with agency policy. Plaintiff's motion for an extension of time to file a social security appeal (ECF No. 1) is granted and her motion to stay (ECF No. 9) is terminated as moot. The motion to remand (ECF No. 12) is granted. The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 29th day of January, 2016.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT